1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clark A. Mitchell, | No. CV-07-2067-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| First Northern Credit Union, et al., | |
| Defendants. | |

This case was transferred in from the Northern District of Illinois on October 22, 2007. Defendant Arizona State Credit Union ("ASCU") filed a notice of pending motion to dismiss on November 2, 2007 (Dkt. 57.) That motion had been filed in the Northern District of Illinois, but was neither granted nor denied by the transferor court.

Defendant ASCU's notice of pending motion lists the document numbers of filings in the transferor court. These documents must be filed with this Court in order to facilitate management of the case. As this case has changed districts, the parties must supplement their briefings to cite pertinent Ninth Circuit decisions. The parties may then re-file the motion and memoranda of law with the Clerk of this Court, per the Clerk's instructions to counsel dated October 23, 2007 (Dkt. 56). Accordingly,

//

//

1 **IT IS HEREBY ORDERED** that the parties in this matter shall supplement with
2 Ninth Circuit precedent any memoranda of law previously filed in connection with
3 Defendant ASCU's motion to dismiss.
4 **IT IS FURTHER ORDERED** that the parties shall file that motion, responsive
5 pleadings, and memoranda of law with the Clerk of this Court.
6 DATED this 3rd day of December, 2007.

Stephen M. McNamee
United States District Judge