**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clark A. Mitchell, ) | No. CV-07-2067-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| First Northern Credit Union, et al., ) | |
| ) | |
| Defendants. ) | |

The Court having reviewed the Joint Stipulation to Dismiss with Prejudice (Dkt. 80), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing with prejudice all claims and counterclaims pending in this action, with all parties to bear their own fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this action.

DATED this 16th day of April, 2008.

Stephen M. McNamee
United States District Judge